# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2024 KW 0783

VERSUS

JEROME BERGERON

**SEPTEMBER 26, 2024**

---

In Re:    Jerome Bergeron, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 246595.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT NOT CONSIDERED.** Relator failed to comply with Uniform Rules of Louisiana Courts of Appeal, Rules 2-13 and 4-3, by failing to file his writ application on or before the August 19, 2024, extended return date, which was set by this court after it granted four previously filed motions for extension of time to file a writ application. Further, in violation of Rules 4-5(C)(8) and (10), relator also failed to provide this court with a copy of his indictment and all pertinent minute entries.

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT